UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 21-594 (ZNQ) |
| v. | ORDER |
| SHANAVON COATES | |

This matter having come before the Court by way of a Petition for Action on Conditions of Release by the United States Probation Office alleging non-compliance by defendant Shanavon Coates with the conditions of his release pending a final hearing for revocation of supervised release; and the United States being represented by Alina Habba, United States Attorney for the District of New Jersey (Eric Suggs, Assistant U.S. Attorney, appearing) and the defendant being represented by Andrea Aldana, Esq.; and the Court having held a hearing on May 30, 2025, advising the defendant of his alleged non-compliance with his conditions of release; and for the reasons stated on the record and good cause shown;

IT IS HEREBY ORDERED that the defendant's conditions of release shall not be modified, but all existing conditions will remain in full force and effect.

S/ J. BRENDAN DAY          5/30/2025
Honorable J. Brendan Day
United States Magistrate Judge